

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
800 Lafayette Street, Suite 2100
Lafayette, LA 70501
337-593-5000
www.lawd.uscourts.gov

July 22, 2016

Dear Sir or Madam:

We have your recently submitted request which was received June 22, 2016. However, our office is unable to provide the information that you seek for the reason indicated below:

  __X__    The court charges for copy work requests. Even if you are granted in forma pauperis status you must pay for your copies (.50 per page) in advance or there must be an order signed by a judge directing us to provide copies at no cost. The total cost for your copy request is $25.50 (51 pages). Please return your request and payment and we will provide the copies to you.

  ____    Pursuant to 28 U.S.C. §955, the Clerk of Court and his deputies shall not practice law. Therefore, we cannot advise you on your specific request.

  ____    Our court does not have the information that you have requested. This may be a Louisiana State Court issue or an issue handled by another government entity. Please direct your request to the proper court or government entity.

  ____    This document is illegible and or damaged. Please resubmit your request.

  __X__    Other <u>Attached is a copy of the docket sheet in your case number 6:13-cv-2468.</u>

We are returning a copy of your request with this correspondence for your future reference.

TONY R MOORE
CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA